# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

FRANCISCO ROZALES OROZCO,

                Plaintiff(s),

vs.

CREDIT CONTROL SERVICES, INC. d/b/a
CREDIT COLLECTION SERVICES,

                Defendant(s).

2:19-cv-02081-GMN-BNW

## SUBSTITUTION OF ATTORNEY

CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES (Defendant) hereby substitutes
(Name of Party)

ROBERT LARSEN, ESQ. - GORDON REES SCULLY MANSUKHANI, LLP
(New Attorney)

(Address): 300 South Fourth Street, Suite 1550, Las Vegas, NV 89101

(Telephone): (702) 577-9301 , as attorney of record in place and

stead of: RALEIGH C. THOMPSON, ESQ - MORRIS LAW GROUP
(Present Attorney)

DATED: JUNE 2, 2020

Jeffrey Stoddard
*Digitally signed by Jeffrey Stoddard*
(Signature of Party)

I consent to the above substitution.

DATED: JUNE 2, 2020

/s/ Raleigh C. Thompson
(Signature of Present Attorney)

. . .

. . .

. . .

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: JUNE 2, 2020                                    /s/ Robert S. Larsen
                                                     (Signature of New Attorney)
4
5  Please check one: __X__ RETAINED, or ____ APPOINTED BY THE COURT
6
7  **IT IS SO ORDERED**
8
9  **DATED: June 05, 2020**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**