ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail: rlarsen@grsm.com
         wwong@grsm.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| FRANCISCO ROZALES OROZCO | ) Case No.: 2:19-CV-02081-GMN-BNW |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | ) |
| CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES, | ) |
| Defendants. | ) |

### **STIPULATION**

Plaintiff, FRANCISCO ROZALES OROZCO and CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Each party shall bear its own attorneys' fees and costs of suit.

DATED: October 8, 2020

| By: */s/ Michael Kind* | By: */s/ Robert S. Larsen* |
|---|---|
| Michael Kind, Esq. | Robert S. Larsen, Esq. |
| KIND LAW | GORDON REES |
| 8860 South Maryland Parkway, Suite 106 | SCULLY MANSUKHANI, LLP |
| Las Vegas, Nevada 89123 | 300 South 4th Street, Suite 1550 |
| Telephone: (712) 337-2322 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | Telephone: (702) 577-9300 |
| | *Attorney for Credit Control Services, Inc. d/b/a Credit Collection Services* |

Case No.:   2:19-CV-02081-GMN-BNW

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

### ORDER

IT IS SO ORDERED.
Dated this  8  day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully Submitted by:

By: /s/ Robert S. Larsen_____
Robert S. Larsen, Esq.
GORDON REES
SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300

*Attorney for Credit Control Services, Inc.
d/b/a Credit Collection Services*